*Marvin Smith,* and *Miss Beatrice Rosenberg* for respondent.

No. 985. SHARPE *v.* KENTUCKY. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 1001. BRIGGS *v.* ILLINOIS. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1006. THOMPSON *v.* NIERSTHEIMER, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1007. MOSS *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1014. KELLY *v.* ILLINOIS. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1015. RAGGIO *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1016. SAMPSON *v.* RAGEN, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.